IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-05-417 |
| | § | C.A. No. C-06-407 |
| WALTER JAMES WEBER, | § | |
|     Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Walter James Weber's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 30th day of March, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE